FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2013 JAN 23  PM 4: 22

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.    CASE NO. 2:13-cr-7-FtM-99DNF

ALPHONSO McNEALY

18: 922(g)(1)
18: 924(a)(2)
18: 924(e)(1)
18: 924(d) (Forfeiture)
21: 853 (Forfeiture)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 1, 2012, in Lee County, in the Middle District of Florida, the defendant herein,

**ALPHONSO McNEALY,**

then being a person convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. On May 13, 1998, **ALPHONSO McNEALY** was convicted of **Battery by Detained Person,** a felony, in the Circuit Court, Nineteenth Judicial Circuit, in and for Marin County, Florida, in Case No. 2006-CF-109;

2. On February 8, 2002, **ALPHONSO MCNEALY** was convicted of **Possession of Cocaine**, a felony, in the Circuit Court, 20th Judicial Circuit, in and for Lee County, Florida, in Case No. 01000936CF;

3. On January 22, 1996, **ALPHONSO McNEALY** was convicted of **Battery on a Law Enforcement Officer,** a felony, in the Circuit Court, First Judicial Circuit, in and for Okaloosa County, Florida, in Case No. 95-00670-CFA;

4. On September 14, 1992, **ALPHONSO McNEALY** was convicted of **Second Degree Murder,** a felony, in the Circuit Court, 20th Judicial Circuit, in and for Lee County, Florida, in Case No. 95-2335CF;

did knowingly possess, in and affecting interstate commerce, a firearm, namely, an AMT Kurz .380 caliber handgun.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1).

## FORFEITURE

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1) set forth in Count One of this Indictment,

ALPHONSO McNEALY

defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any

firearms and ammunition involved in the commission of the offense, including, but not limited to:

    1. An AMT Kurz .380 caliber handgun.

3. If any of the property described above, as a result of any act or omission of the defendant:
    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Dated: 1/23/13

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Douglas Molloy
Assistant United States Attorney
Trial Counsel

By: _____
David Lazarus
Assistant United States Attorney
Asset Forfeiture

By: _____
Nicole H. Waid
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:13-cr-      -FtM-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

ALPHONSO McNEALY

## INDICTMENT

Violations:

18 USC § 922(g)(1)
18 USC § 924(a)(2)
18 USC § 924(e)(1)
18 USC § 924(d) (Forfeiture)
21 USC § 853 (Forfeiture)

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of January, 2013.

_____
Clerk

Bail $ _____

GPO 863 525

L:\_Criminal Cases\M\McNealy, Alphonson_2013R_DLM\Indictment Back.2.frm